UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:15-cr-00088 |
| ) | CHIEF JUDGE CRENSHAW |
| [1] REGINALD JOHNSON, III ) | |
| [2] AWEIS HAJI-MOHAMED ) | |
| [3] MARQUIS BRANDON ) | |
| [6] SANTEZ BRADFORD ) | |

# ORDER

For the reasons set forth in the accompanying Memorandum, the Court rules as follows:

(1)     Defendant Marquis Brandon's Motion to Strike (Doc. No. 196) is **GRANTED IN PART** and **DENIED IN PART**. The Motion is **GRANTED** with respect to the allegations surrounding the murder of Isaiah Starks. The phrase "which [2] AWEIS HAJI-MOHAMED a/k/a SON SON, aided and abetted by [1] REGINALD JOHNSON, III, a/k/a CHEEFA, and [3] MARQUIS BRANDON a/k/a DUMMY, used to shoot and kill Isaiah Starks a/k/a Blue on or about February 9, 2015" is hereby **STRICKEN** from Count Thirteen. With that language stricken, Count Thirteen reads as follows:

> Between on or about January 22, 2015 and on or about September 11, 2015, in the Middle District of Tennessee, [1] REGINALD JOHNSON, III, a/k/a CHEEFA, [2] AWEIS HAJI-MOHAMED a/k/a SON SON, and [3] MARQUIS BRANDON a/k/a DUMMY, each having previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Springfield XD, .40 caliber semi-automatic pistol, which [1] REGINALD JOHNSON, III, a/k/a CHEEFA and [3] MARQUIS BRANDON a/k/a DUMMY used around the end of February, 2015 to regain possession of a Glock, Model 23, .40 caliber semi-automatic pistol that [1] REGINALD JOHNSON, III, a/k/a CHEEFA had previously sold to another person.

1

> In violation of Title 18, United States Code, Sections 922(g)(1), 924, and 2.

In all other respects, the Motion to Strike is **DENIED.**

(2) The Motions to Join (Doc. Nos. 207, 212 & 230) filed by Defendants Aweis Haji-Mohamed, Reginald Johnson, III, and Santez Bradford are hereby **GRANTED**, and the same rulings as to Defendant Brandon's Motion to Strike apply to these Motions.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE